**DISMISS; Opinion Filed March 19, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01472-CV

## IN THE INTEREST OF J.B.P. AND J.E.S.-P., CHILDREN

**On Appeal from the 256th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-14845**

## MEMORANDUM OPINION
Before Justices Bridges, Molberg, and Carlyle
Opinion by Justice Carlyle

The filing fee, docketing statement, and clerk's record in this case are past due. By postcard dated December 2, 2019, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard dated December 2, 2019, we informed appellant the docketing statement in this case was due. We cautioned appellant that failure to file the docketing statement within ten days might result in the dismissal of this appeal without further notice. By letter dated January 29, 2020, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed

appellant to provide, within ten days, (1) verification of payment or arrangements to pay for the clerk's record, or (2) written documentation that appellant had been found entitled to proceed without payment of costs. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

191472F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

IN THE INTEREST OF J.B.P. AND
J.E.S.-P., CHILDREN

No. 05-19-01472-CV

On Appeal from the 256th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-09-14845.
Opinion delivered by Justice Carlyle.
Justices Bridges and Molberg
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered this 19th day of March, 2020.